UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DAVID DANIEL FOSTER, and )
BARBARA A. FOSTER )
        Plaintiffs, )
         )
v. )    **JUDGMENT**
         )
         )    No. 5:19-CV-429-FL
DEPARTMENT OF THE NAVY, )
*Office of the Judge Advocate General* )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 31, 2020, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED. Plaintiffs' claims are DISMISSED.

**This Judgment Filed and Entered on March 31, 2020, and Copies To:**
David Daniel Foster / Barbara A. Foster (via CM/ECF Notice of Electronic Filing)
John A. Bain (via CM/ECF Notice of Electronic Filing)

March 31, 2020        PETER A. MOORE, JR., CLERK

                              /s/ Sandra K. Collins
                              (By) Sandra K. Collins, Deputy Clerk